IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FRANK FLUELLEN, a/k/a/ James Cunningham | : | CIVIL ACTION |
| v. | : | |
| WARDEN ROBERT SHANNON, THE DISTRICT ATTORNEY OF THE COUNTY OF PHILADELPHIA and THE ATTORNEY GENERAL OF THE STATE OF PENNSYLVANIA | : | NO. 07-4290 |

## ORDER

**NOW,** this 21st day of June, 2018, upon consideration of Petitioner's Motion for Relief from Judgment Pursuant to Rule 60(b), Fed. R. Civ. P. (Document No. 29), and the response to the motion, it is **ORDERED** that the motion is **DENIED**.

/s/TIMOTHY J. SAVAGE